# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY JO HIRSCHFIELD-LOUIK, DMD, t/a UPTOWN DENTAL, individually and on behalf of others similarly situated, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:20-cv-00816 (Lead Case) 2:20-cv-01238 |
| v. | ) ) | 2:20-cv-01245 2:20-cv-01261 |
| CINCINNATI INSURANCE COMPANY, et al., | ) ) | 2:20-cv-01266 2:20-cv-01727 |
| Defendants. | ) ) | *2:21-cv-00386 *2:21-cv-00604 |
| (Applies to all Member Cases) | ) ) | |

Chief Judge Mark R. Hornak

## AMENDED ORDER

AND NOW, on this 24th day of October, 2022, the Court enters the following Order: For the reasons stated in this Court's Opinion of this date, Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint ("CAC") (ECF No. 95) is GRANTED and Plaintiffs' CAC (ECF No. 88) is DISMISSED with prejudice. This Order applies to all Member Cases as set forth in the caption of this Order. The Clerk will CLOSE the case at 20-cv-00816, and all Member Cases.

s/ Mark R. Hornak
Mark R. Hornak
Chief United States District Judge

Dated: October 24, 2022

*Case numbers incorrectly identified on original Order. Correcting the involved docket numbers is the only amendment made by this Order. Therefore, this Order does not apply to the civil actions at 2:20-cv-386 and 2:20-cv-604 as noted in the original document.