# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SPORTS/FACILITY, LLC; WASHINGTON
FRONTIER LEAGUE BASEBALL, LLC;
WASHCO BALLPARK MANAGEMENT, LLC;
WASHINGTON COUNTY FAMILY
ENTERTAINMENT, LLC; and HOME PLATE
CONCESSIONS, LLC,

          Plaintiffs,

    v.

THE CINCINNATI INSURANCE
COMPANY; THE CINCINNATI
CASUALTY COMPANY; and THE
CINCINNATI INDEMNITY COMPANY,

          Defendants.

Civil Action No. 2:20-cv-1727

Mark R. Hornak
United States Chief District Judge

## **NOTICE OF APPEAL**

Notice is hereby given that Sports/Facility, LLC, Washington Frontier League Baseball, LLC, WashCo Ballpark Management, LLC, Washington County Family Entertainment, LLC, and Home Plate Concessions, LLC, Plaintiffs in the above-captioned civil action, hereby appeal to the United States Court of Appeals for the Third Circuit from the Amended Order entered on October 24, 2022 (Dkt. No. 26) granting the Motion to Dismiss filed by Defendants The Cincinnati Insurance Company, The Cincinnati Casualty Company, and The Cincinnati Indemnity Company.

                TUCKER ARENSBERG, P.C.

By:   */s/ Ryan James*
       Ryan James
       Pa. I.D. #82799
       J. Andrew Salemme
       Pa. I.D. #208257

       1500 One PPG Place
       Pittsburgh, PA 15222
       (412) 566-1212
       rjames@tuckerlaw.com
       asalemme@tuckerlaw.com

       ATTORNEYS FOR
       PLAINTIFFS/APPELLANTS